IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VALTON VANOY BILLINGSLEY | ) | |
| | ) | |
| v. | ) | 3:05-CV-1545-N |
| | ) | |
| DOUGLAS DRETKE, Director, | ) | |
| Texas Department of Criminal Justice | ) | |
| Correctional Institutions Division | ) | |

**ORDER**

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that Respondent's motion to dismissed is granted and Respondent Dretke is dismissed and terminated as a party respondent, and that Dr. Jim Mills, Dallas County Community Supervision and Corrections Department is substituted as the Respondent.

IT IS FURTHER ORDERED that this matter is re-referred to Magistrate Judge Sanderson for further proceedings.

Signed January 27, 2006.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE